**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JAN -8  PM 2: 33

DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 1:12-CR-041-P(01)** |
| | ) | |
| **FRANK ESPARZA SR.** | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

**FRANK ESPARZA SR.**, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to the Indictment.  After cautioning and examining **FRANK ESPARZA SR.** under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty be accepted and that **FRANK ESPARZA SR.** be adjudged guilty and have sentence

imposed accordingly.

Date: *1/8/13*

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).